# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Arthur A. Allen, <br><br> *Plaintiff* <br> v. <br> United States Air Force, <br><br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:15-CV-00354-RMP <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Judgment is GRANTED. Judgment for the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Peterson    on a motion for Judgment.


Date:  November 29, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy